IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MARK A. PAWLICKI,

                                                    ORDER
                        Petitioner,

                                                    08-cv-434-bbc
              v.

BYRAN BARTOW, Director,
Wisconsin Resource Center,

                    Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        Petitioner, a prisoner at the Wisconsin Resource Center in Winnebago, Wisconsin,

has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He requests

leave to proceed in forma pauperis.  Although petitioner has supported his request with an

affidavit of indigency, I cannot determine whether petitioner is indigent for the purpose of

filing a § 2254 petition until he submits a trust fund account statement for the six-month

period immediately preceding the filing of his habeas corpus petition.  See Longbehn v. U.S.,

169 F.3d 1082 (7th Cir. 1999).

        Once petitioner submits his trust fund account statement, this court will calculate

petitioner's average monthly deposits and his average monthly balances for the six-month

1

Dockets.Justia.com

period mentioned above.  If 20% of the greater of these two figures is $5 or more, he will not be eligible for indigent status and will have to prepay all of the $5 filing fee.  If 20% of the greater of these two figures is less than $5, he will be required to prepay whatever portion less than $5 has been calculated.

Now that petitioner is aware of the formula this court uses in determining whether a prisoner is indigent for the purpose of paying a $5 filing fee, he may be able to figure easily whether he qualifies.  If he knows that he will not qualify for indigent status, he may elect to submit a check or money order made payable to the clerk of court in the amount of $5 in lieu of the six-month statement requested above.  In any event, petitioner should act quickly.  If, by August 11, 2008, petitioner does not submit either the $5 payment or a trust fund account statement for the last six months, his request for leave to proceed in forma pauperis will be denied and this action will be closed.

Entered this 31st day of July, 2008.

BY THE COURT:

/s/

_____
STEPHEN L. CROCKER
Magistrate Judge

2