IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARK ANTONY PAWLICKI,

            Petitioner,                        ORDER

    v.                                       3:08-cv-0434-bbc

BYRON BARTOW, Director,
Wisconsin Resource Center ,

           Respondent.

---

     Mark Antony Pawlicki, an inmate at the Wisconsin Resource Center in Winnebago, Wisconsin, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has paid the five dollar filing fee. The petition is before the court for preliminary review pursuant to Rule 4 of the Rules Governing Section 2254 Cases.

     Petitioner challenges a November 2002 conviction in the Circuit Court for Kenosha County for several crimes, including arson, burglary and reckless endangerment. Pursuant to 28 U.S.C. § 2241(d), an applicant for federal habeas relief in a state like Wisconsin having two or more federal judicial districts must file his application either in the district where the applicant is in custody or in the district in which the state court that convicted and sentenced him is located. Petitioner in this case was convicted by a court located in the Eastern District of Wisconsin and he is in custody in an institution located in the Eastern

District of Wisconsin. Accordingly, the proper venue for this action is the Eastern District of Wisconsin.

Because of the time constraints placed on the filing of habeas petitions by § 2244(d), I find that it is more just to transfer petitioner's application to the Eastern District of Wisconsin for further hearing and determination, as allowed by § 2241(d), than to direct him to refile his petition in that court. Accordingly,

ORDER

IT IS ORDERED that the clerk of court shall transfer the petition to the United States District Court for the Eastern District of Wisconsin pursuant to § 2241(d).

Entered this 26th day of August, 2008.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge